00-cv-0812
Chatigny, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 17th Day of October Two thousand and three.

Present:

        Hon. James L. Oakes,
        Hon. Dennis Jacobs,
        Hon. Rosemary S. Pooler,
            *Circuit Judges.*

-----------------------------------------

Jancis L. Fuller,

           Plaintiff-Appellant,

        v.                                03-0120

John J. Armstrong, et al.,

           Defendants-Appellees.

-----------------------------------------

Appellant, *pro se,* moves for reinstatement of her appeal and for transcripts. Upon due consideration, the motions are hereby denied. Appellant has not shown good cause for reinstating her appeal. *See* Fed. R. App. 2 and Advisory Committee Notes; *Calloway v. Marvel Entm't Group,* 854 F.2d 1452, 1475 (2d Cir.1988),*rev'd in part on other grounds*, 493 U.S. 120 (1989). Accordingly, the motion for transcripts is denied as moot.

           **FOR THE COURT:**
           **Roseann B. MacKechnie, Clerk**

        By:                                        
               Oliva M. George, Deputy Clerk

USCA Order 3.rnc

OCT 17           CERTIFIED:        OCT 17 2003

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK