Proceedings include all events.
3:00cv812 Fuller v. Armstrong, et al                                          REFCS    APPE

| | | |
|---|---|---|
| 5/3/00 | 1 | COMPLAINT  Filing Fee $ 150.00 Receipt # B201 (dak) [Entry date 05/08/00] |
| 5/3/00 | 2 | MOTION by Jancis L. Fuller for Appointment of Counsel (dak) [Entry date 05/08/00] |
| 5/16/00 | 3 | Order directing the plaintiff to serve the complaint on the defendants in their individual and official capacities and to file return of service with the court after service has been effected ( signed by Mag. Judge Holly B. Fitzsimmons ) (mel) [Entry date 05/18/00] |
| 5/16/00 | -- | CASE referred  to Mag. Judge Donna F. Martinez (mel) [Entry date 05/18/00] |
| 5/30/00 | 4 | MOTION by Jancis L. Fuller to Withdraw [2-1] motion for Appointment of Counsel by Jancis L. Fuller (mel) [Entry date 06/07/00] |
| 6/7/00 | -- | SUMMONSES issued for John J. Armstrong, Eileen Higgins, Steven Henchy, Paul Bernard (mel) [Entry date 06/07/00] |
| 6/15/00 | -- | ENDORSEMENT granting [4-1] motion to Withdraw [2-1] motion for Appointment of Counsel by Jancis L. Fuller  ( signed by Mag. Judge Donna F. Martinez ) (mel) [Entry date 06/19/00] |
| 7/5/00 | 5 | APPEARANCE of Attorney for John J. Armstrong, Eileen Higgins, Steven Henchy, Paul Bernard  -- Madeline Ann Melchionne (mel) [Entry date 07/06/00] |
| 7/10/00 | 6 | SCHEDULING ORDER setting Discovery cutoff 1/5/01 ; Dispositive Motions due 2/5/01 ; Answer due 9/5/00 for Paul Bernard, Steven Henchy, Eileen Higgins, John J. Armstrong ( Signed by Mag. Judge Donna F. Martinez ) (mel) [Entry date 07/11/00] |
| 7/21/00 | 7 | SUMMONS Returned Executed on 6/20/00 as to Steven Henchy (rjj) [Entry date 07/26/00] |
| 7/21/00 | 8 | SUMMONS Returned Executed on 6/16/00 as to Eileen Higgins (rjj) [Entry date 07/26/00] |
| 9/5/00 | 9 | ANSWER to Complaint and Affirmative Defenses by John J. Armstrong, Eileen Higgins, Steven Henchy, Paul Bernard (mel) [Entry date 09/07/00] |
| 9/18/00 | 10 | SUMMONS Returned Executed on 9/1/00 as to Paul Bernard individual and official (mel) [Entry date 09/25/00] |
| 10/13/00 | 11 | MOTION by Jancis L. Fuller for Order for dental examination of plaintiff  (Brief Due 11/3/00 ) (mel) [Entry date 10/17/00] |

Docket as of April 16, 2003 2:18 pm                    Page 4

Proceedings include all events.                                    REFCS  APPEAL
3:00cv812 Fuller v. Armstrong, et al

3/7/01    12    RULING denying without prejudice [11-1] motion for Order
                for dental examination of plaintiff  ( signed by Mag. Judge
                Donna F. Martinez ) 4 Page(s) (mel) [Entry date 03/09/01]

3/28/01   13    ORDER:  It appears the case is ready for trial.  The Clerk
                is therefore directed to make reasonable efforts to secure
                counsel for plaintiff from Civil Pro Bono Panel. ( signed
                by Judge Robert N. Chatigny ) (mel) [Entry date 03/29/01]

4/10/01   14    AMENDED MOTION by Jancis L. Fuller for Order for dental
                examination   referring to: [11-1] motion for Order for
                dental examination of plaintiff by Jancis L. Fuller (mel)
                [Entry date 04/11/01]

5/11/01   15    RESPONSE by John J. Armstrong, Eileen Higgins, Steven
                Henchy, Paul Bernard to [14-1] amended motion for Order for
                dental examination by Jancis L. Fuller (rjj)
                [Entry date 05/18/01]

10/4/01   16    MOTION by Jancis L. Fuller to proceed pro se (mel)
                [Entry date 10/10/01]

10/10/01 17     RULING and ORDER granting [14-1] amended motion for Order
                for dental examination subject to conditions set forth in
                defendants' response to motion (doc. #15). Plaintiff to
                contct defts. to make arrangements for dental examination
                to take place either at YCI or UConn Health Center.
                Plaintiff shall bear cost of examination and any costs
                incidental to examination.  Prior to and during
                examination, plaintiff and Dr. Goldschneider shall abide by
                DOC policies, practices and rules governing safety and
                security. ( signed by Mag. Judge Donna F. Martinez ) 2
                Page(s) (mel) [Entry date 10/16/01]

1/14/02   18    MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                Paul Bernard for Leave to File motion for summary judgment
                out of time (mel) [Entry date 01/15/02]

1/17/02   20    LETTER dated 1/18/02  Regarding: requesting approval for
                Dr. Bruce Patterson, DMD, to do dental examination by
                Jancis L. Fuller (mel) [Entry date 01/25/02]

1/22/02   --    **Remove Prisoner Flag; file forwarded to RNC (mel)
                [Entry date 01/22/02]

1/22/02   19    NOTICE to Parties to file all future filings in Hartford
                (mel) [Entry date 01/22/02]

1/25/02   21    OBJECTIONS by Jancis L. Fuller  to [18-1] motion for Leave
                to File motion for summary judgment out of time by Paul
                Bernard, Steven Henchy, Eileen Higgins, John J. Armstrong
                (mel) [Entry date 01/25/02]


Docket as of April 16, 2003 2:18 pm                    Page 5

Proceedings include all events.                                          REFCS   APPEAL
3:00cv812 Fuller v. Armstrong, et al

1/25/02    22    ORDER REFERRING CASE  to Mag. Judge Donna F. Martinez (
                 signed by Judge Robert N. Chatigny ) (adb)
                 [Entry date 01/29/02]

1/31/02    23    MOTION by Jancis L. Fuller for Trial by Judge  (Brief Due
                 2/21/02 (adb) [Entry date 01/31/02]

2/5/02     24    OBJECTION by John J. Armstrong, Eileen Higgins, Steven
                 Henchy, Paul Bernard to [11-1] motion for Order for dental
                 examination of plaintiff by Jancis L. Fuller (adb)
                 [Entry date 02/05/02]

2/12/02    25    MOTION by Jancis L. Fuller for Order of Replacement of
                 Expert for Dental Examination (adb) [Entry date 02/12/02]

2/22/02    26    OBJECTION by John J. Armstrong, Eileen Higgins, Steven
                 Henchy, Paul Bernard to [25-1] motion for Order of
                 Replacement of Expert for Dental Examination by Jancis L.
                 Fuller (adb) [Entry date 02/22/02]

2/27/02    27    REPLY by Jancis L. Fuller  to response to [11-1] motion for
                 Order for dental examination of plaintiff by Jancis L.
                 Fuller (adb) [Entry date 02/27/02]

4/3/02     28    OBJECTION by Jancis L. Fuller re: telephonic status
                 conference to be held on 4/5/02 (adb) [Entry date 04/03/02]

4/4/02     --    ENDORSEMENT re: [28-1] objection. Construing as a motion to
                 cancel conference call the motion is granted ( signed by
                 Mag. Judge Donna F. Martinez ) (lik) [Entry date 04/05/02]

4/5/02     29    RULING denying [25-1] motion for Order of Replacement of
                 Expert for Dental Examination  ( signed by Mag. Judge Donna
                 F. Martinez ) 1 Page(s) (cwc) [Entry date 04/11/02]

5/3/02     --    ENDORSEMENT granting [18-1] motion for Leave to File motion
                 for summary judgment out of time  reset Dispositive
                 Motions due by 6/3/02  ( signed by Mag. Judge Donna F.
                 Martinez ) (mel) [Entry date 05/06/02]

5/9/02     30    OBJECTION by Jancis L. Fuller re: [29-1] order re: [25-1]
                 motion for Order of Replacement of Expert for Dental
                 Examination by Jancis L. Fuller (adb) [Entry date 05/10/02]

5/16/02    31    MOTION by Jancis L. Fuller to Proceed in Forma Pauperis (bpd)
                 [Entry date 05/17/02]

5/16/02    32    MOTION by Jancis L. Fuller for Preliminary Injunction
                 (Brief Due 6/6/02 ) (bpd) [Entry date 05/17/02]

5/16/02    33    MEMORANDUM by Jancis L. Fuller  in support of [32-1] motion
                 for Preliminary Injunction (bpd) [Entry date 05/17/02]

Proceedings include all events.                                    REFCS  APPEAL
3:00cv812 Fuller v. Armstrong, et al

5/16/02   34    MOTION by Jancis L. Fuller for Writ of Habeas Corpus Ad
                Testificandum (bpd) [Entry date 05/17/02]

5/16/02   35    MOTION by Jancis L. Fuller To Dispense with Security for
                Costs (Brief Due 6/6/02 ) (bpd) [Entry date 05/17/02]

5/16/02   36    NOTICE of Motion for Preliminary Injunction by Jancis L.
                Fuller (bpd) [Entry date 05/17/02]

5/16/02   37    OBJECTION by Jancis L. Fuller re: [22-1] referral order (bpd)
                [Entry date 05/17/02]

5/17/02   --    ENDORSEMENT denying [37-1] objection  ( signed by Judge
                Robert N. Chatigny ) (bpd) [Entry date 05/17/02]

6/3/02    38    MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                Paul Bernard for Summary Judgment  (Brief Due 6/24/02 ) (adb)
                [Entry date 06/04/02]

6/3/02    39    MEMORANDUM by John J. Armstrong, Eileen Higgins, Steven
                Henchy, Paul Bernard  in support of [38-1] motion for
                Summary Judgment (adb) [Entry date 06/04/02]

6/3/02    40    STATEMENT of Material Facts by John J. Armstrong, Eileen
                Higgins, Steven Henchy, Paul Bernard regarding [38-1]
                motion for Summary Judgment (adb) [Entry date 06/04/02]

6/4/02    41    AFFIDAVIT of Madeline Melchionne by John J. Armstrong,
                Eileen Higgins, Steven Henchy, Paul Bernard Re [38-1]
                motion for Summary Judgment by Paul Bernard, Steven Henchy,
                Eileen Higgins, John J. Armstrong (adb)
                [Entry date 06/04/02]

6/10/02   42    MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                Paul Bernard to Extend Time until 6/27/02 to file
                objection to motion for preliminary injunction (adb)
                [Entry date 06/10/02]

6/12/02   43    OBJECTION by Jancis L. Fuller to [38-1] motion for Summary
                Judgment by Paul Bernard, Steven Henchy, Eileen Higgins,
                John J. Armstrong (adb) [Entry date 06/12/02]

6/12/02   44    MEMORANDUM by Jancis L. Fuller in support of [43-1]
                objection re: [38-1] motion for Summary Judgment (adb)
                [Entry date 06/12/02]

6/20/02   --    ENDORSEMENT granting [42-1] motion to Extend Time until
                6/27/02 to file objection to motion for preliminary
                injunction, Brief Deadline set for 6/27/02 [32-1] motion
                for Preliminary Injunction  ( signed by Mag. Judge Donna
                F. Martinez ) (adb) [Entry date 06/20/02]

Proceedings include all events.                                    REFCS   APPEAL
3:00cv812 Fuller v. Armstrong, et al

6/20/02   45      RULING denying [23-1] motion for Trial by Judge, granting
                  [16-1] motion to proceed pro se, vacating [13-1] order re:
                  [13-1] order  ( signed by Mag. Judge Donna F. Martinez ) 2
                  Pages (adb) [Entry date 06/20/02]

6/27/02   46      MOTION by Jancis L. Fuller for Writ (adb)
                  [Entry date 06/27/02]

6/27/02   47      MOTION by Jancis L. Fuller for Writ (adb)
                  [Entry date 06/27/02]

6/27/02   --      ENDORSEMENT granting [31-1] motion to Proceed in Forma
                  Pauperis  ( signed by Mag. Judge Donna F. Martinez ) (adb)
                  [Entry date 06/28/02]

6/28/02   48      OBJECTION by John J. Armstrong, Eileen Higgins, Steven
                  Henchy, Paul Bernard to [32-1] motion for Preliminary
                  Injunction by Jancis L. Fuller (adb) [Entry date 06/28/02]

6/28/02   49      MEMORANDUM by John J. Armstrong, Eileen Higgins, Steven
                  Henchy, Paul Bernard  in support of [48-1] objection re:
                  [32-1] motion for Preliminary Injunction (adb)
                  [Entry date 06/28/02]

7/2/02    50      MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                  Paul Bernard to Extend Time until 7/23/02 to file their
                  reply re: motion for summary judgment (adb)
                  [Entry date 07/02/02]

7/8/02    --      ENDORSEMENT granting [50-1] motion to Extend Time until
                  7/23/02 to file their reply re: motion for summary
                  judgment, Brief Deadline set for 7/23/02 [38-1] motion for
                  Summary Judgment  ( signed by Mag. Judge Donna F. Martinez
                  ) (adb) [Entry date 07/09/02]

7/17/02   51      MOTION by Jancis L. Fuller for Order for scheduled law
                  Library access (Brief Due 8/7/02 ) (adb)
                  [Entry date 07/17/02]

7/24/02   52      MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                  Paul Bernard to Extend Time until 7/26/02 to reply to an
                  objection re: motion summary judgment (adb)
                  [Entry date 07/24/02]

7/26/02   53      REPLY by John J. Armstrong, Eileen Higgins, Steven Henchy,
                  Paul Bernard  to response to [38-1] motion for Summary
                  Judgment by Paul Bernard, Steven Henchy, Eileen Higgins,
                  John J. Armstrong (adb) [Entry date 07/26/02]

7/26/02   54      STATEMENT of Material Facts by John J. Armstrong, Eileen
                  Higgins, Steven Henchy, Paul Bernard regarding [38-1]
                  motion for Summary Judgment (adb) [Entry date 07/26/02]

Proceedings include all events.                          REFCS  APPEAL
3:00cv812 Fuller v. Armstrong, et al

7/29/02  --    ENDORSEMENT granting [52-1] motion to Extend Time until
               7/26/02 to reply to an objection re: motion summary
               judgment, Brief Deadline set for 7/26/02 [38-1] motion for
               Summary Judgment  ( signed by Mag. Judge Donna F. Martinez
               ) (adb) [Entry date 07/29/02]

7/30/02  55    AFFIDAVIT of Madeline Melchionne by John J. Armstrong,
               Eileen Higgins, Steven Henchy, Paul Bernard Re [53-1]
               response reply, re: [38-1] motion for Summary Judgment by
               Paul Bernard, Steven Henchy, Eileen Higgins, John J.
               Armstrong (adb) [Entry date 07/31/02]

8/14/02  56    REPLY by Jancis L. Fuller  to response to [38-1] motion for
               Summary Judgment by Paul Bernard, Steven Henchy, Eileen
               Higgins, John J. Armstrong (adb) [Entry date 08/15/02]

1/15/03  57    RULING AND ORDER Brief Deadline set for 1/29/03 [38-1]
               motion for Summary Judgment see ruling for details (
               signed by Mag. Judge Donna F. Martinez ) 4 Page(s) (adb)
               [Entry date 01/15/03]

1/28/03  58    STATEMENT of Material Facts by Jancis L. Fuller regarding
               [38-1] motion for Summary Judgment (bpd)
               [Entry date 01/29/03]

2/7/03   --    WRIT of Habeas corpus issued as to plaintiff for hearing
               scheduled 2/27/03 at 10:00. (lik) [Entry date 02/07/03]

2/7/03   --    Motion hearing re: [38-1] motion for Summary Judgment by
               Paul Bernard, Steven Henchy, Eileen Higgins, John J.
               Armstrong, and [32-1] motion for Preliminary Injunction by
               Jancis L. Fuller set at 10:00 2/27/03 ( RNC) (lik)
               [Entry date 02/07/03]

2/14/03  --    WRIT of Habeas Corpus issued for plaintiff to appear at
               hearing moved from 2/27/03 to 2/26/03. (lik)
               [Entry date 02/14/03]

2/14/03  --    Motion hearing re: [38-1] motion for Summary Judgment by
               Paul Bernard, Steven Henchy, Eileen Higgins, John J.
               Armstrong, and [32-1] motion for Preliminary Injunction by
               Jancis L. Fuller set at 10:00 2/26/03 ( RNC) (lik)
               [Entry date 02/14/03]

2/26/03  59    Motion hearing held re: [38-1] motion for Summary Judgment
               by Paul Bernard, Steven Henchy, Eileen Higgins, John J.
               Armstrong ( RNC) (lsf) [Entry date 02/27/03]

2/26/03  --    MINUTE Entry: denying [38-1] motion for Summary Judgment (
               RNC) (lsf) [Entry date 02/27/03]

3/14/03  60    NOTICE of Position as to a Dental Examination by John J.
               Armstrong, Eileen Higgins, Steven Henchy, Paul Bernard (adb)
               [Entry date 03/17/03]

Proceedings include all events.                                    REFCS   APPEAL
3:00cv812 Fuller v. Armstrong, et al

3/20/03   61      RULING denying [47-1] motion for Writ, denying [46-1]
                  motion for Writ, denying [35-1] motion To Dispense with
                  Security for Costs, denying [34-1] motion for Writ of
                  Habeas Corpus Ad Testificandum, denying [32-1] motion for
                  Preliminary Injunction  ( signed by Chief Judge Robert N.
                  Chatigny ) 3 Pages (adb) [Entry date 03/21/03]

3/21/03   --      ENDORSEMENT denying [51-1] motion for Order for scheduled
                  law Library access  ( signed by Chief Judge Robert N.
                  Chatigny ) (adb) [Entry date 03/21/03]

3/31/03   62      OBJECTION by Jancis L. Fuller re: [61-1] Ruling (adb)
                  [Entry date 03/31/03]

4/14/03   63      MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                  Paul Bernard for Leave to File Export Report (adb)
                  [Entry date 04/14/03]

4/14/03   64      MOTION by John J. Armstrong, Eileen Higgins, Steven Henchy,
                  Paul Bernard for Dental Examination of plaintiff  (Brief
                  Due 5/5/03 ) (adb) [Entry date 04/14/03]

4/14/03   --      ENDORSEMENT granting [64-1] motion for Dental Examination
                  of plaintiff  ( signed by Chief Judge Robert N. Chatigny )
                  (adb) [Entry date 04/15/03]

4/14/03   --      ENDORSEMENT granting [63-1] motion for Leave to File Export
                  Report  ( signed by Chief Judge Robert N. Chatigny ) (adb)
                  [Entry date 04/15/03]

4/14/03   65      Disclosure of Expert Testimony by John J. Armstrong, Eileen
                  Higgins, Steven Henchy, Paul Bernard (adb)
                  [Entry date 04/15/03]

4/16/03   66      NOTICE OF APPEAL of [61-1] Ruling & order  by Jancis L.
                  Fuller FILING FEE $ NO FEE PAID   Certified Copy of Docket
                  and copy of Appeal mailed to USCA (mfb)
                  [Entry date 04/16/03]

4/16/03   --      INDEX to Record on Appeal Mailed to USCA: [66-1] appeal  by
                  Jancis L. Fuller (mfb) [Entry date 04/16/03]

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANCIS FULLER                     )     **DOCKET NO.  3:00 CV 812(RNC)**
                                  )
                                  )     **USCA NO.**
                                  )
**VS.**                           )
                                  )
JOHN ARMSTRONG, ET AL             )
                                  )
                                  )

### CLERK'S CERTIFICATE

I, Kevin F. Rowe, Clerk of the United States District Court for the District of Connecticut, do hereby

certify that the foregoing copies of the docket entries consisting of **11** pages and the documents  numbered **1**

through **66** inclusive,  constitute the Index to the Record on Appeal in the above-captioned case.

I further certify that transmission of the Index to the Record on Appeal has been effected under date

of April 23, 2003 pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.

Dated at Hartford, Connecticut, this 23 day of April, 2003.

KEVIN F. ROWE, CLERK
BY

_____
FIDELIS BASILE
Deputy Clerk