*Held*
*30 min.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.

Counsel for Defendants will Initiate Call
CHAMBERS TELEPHONE NUMBER
860-240-3659

June 1, 2004

2:30 P.M.

CASE NO. **3:00CV812(RNC)**    **Fuller v. Armstrong**

✓Jancis L. Fuller
Inmate 239781
York Correctional Institution
201 West Main Street
Niantic, CT 06357

✓Madeline Ann Melchionne
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Dft will file their renewed motion for Summary Judgment by 8-2-04.
Pltf. will file her opposition to Summary Jgmt motion by 8-23-04 supported by her expert report.
Dft's reply due by 9-15-04.