UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | ) | |
| | ) | PRISONER |
| JANCIS FULLER | ) | Case No. 3:00CV812 |
| | ) | |
| v. | ) | Judge (RNC)(DFM) |
| | ) | |
| ARMSTRONG, ET AL. | ) | Notice of Manual Filing |
| | ) | |
| | ) | |

     Please take notice that the defendants have manually filed the following document or thing

     Expert Report of Dr. Jonathan Meiers

This document has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                      Respectfully submitted,

                                                      ____/s/____
                                                      Madeline A. Melchionne
                                                      Assistant Attorney General
                                                      110 Sherman Street
                                                      Hartford, CT 06105
                                                      Phone: (860) 808-5450
                                                      Fax: (860) 808-5591
                                                      E-mail: madeline.melchionne@po.state.ct.us
                                                      Fed. Bar #ct02029F