UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANCIS FULLER | : | CIVIL NO. 3:00CV812 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | JUNE 1, 2004 |

### NOTICE OF FILING REPORT OF EXPERT WITNESS

The defendants hereby file the report of its Dental Expert, Dr. Jonathan Meiers, concerning his examination of the plaintiff, Jancis Fuller.

A copy of this report was sent to the plaintiff on September 29, 2003, and notice thereof was sent to the Court on that same date.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
        Madeline A. Melchionne
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct02029
        E-Mail:  madeline.melchionne@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of June 2004:

Jancis Fuller #239781
York Correctional Institution
201 West Main Street
Niantic, CT 06357


_____/s/_____
Madeline A. Melchionne
Assistant Attorney General