UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANCIS FULLER | : | CIVIL NO. 3:00CV812 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 2, 2004 |

### DEFENDANTS' 56a(1) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

The defendants herein submit their Statement of Material Facts Not In Dispute with reference to exhibits.

1. Plaintiff is a sentenced prisoner confined to the custody of the Commissioner of Correction.  (Ex. 1).

2. Plaintiff is an inmate confined at York Correctional Institution.  (Ex. 7, para. 6).

3. On or about March 26, 1999, plaintiff was seen by Dr. Paul Benard, a Dentist assigned to York Correctional Institution.  (Ex. 2, para. 9; Ex. 7, para. 20; Ex. 12, p.2).

4. On that date, plaintiff told Dr. Benard that she had a broken tooth and wanted a crown for that tooth.  (Ex. 12, p.2; Ex. 7, para. 20; Ex. 2, pp. 1, 2).

5. Plaintiff stated that she did not want the crown done in a Department of Correction facility.  She stated that she wanted the crown done by an outside Dentist.  (Ex. 12, p.2; Ex. 7, para. 20; Ex. 2, pp. 1, 2).

6. The tooth at issue is the maxillary left molar.  (Ex. 12, p.2; Ex. 7, para. 25; Ex. 2, pp. 1, 2; Ex. 9, and attached report).

7. The Department of Correction does not provide crowns on maxillary left molars.  (Ex. 2, para. 16; Ex. 7, para. 16).

8. The Department of Correction does not allow prisoners to go to their outside doctors for medical treatment.  (Ex. 3, para. 17).

9. Dr. Benard offered to do a restoration of the tooth in question, however, plaintiff refused this procedure.  (Ex. 2, p.2; Ex. 12, pp. 2).

10. Plaintiff has since refused all dental services offered by the Department of Correction. (Ex. 12, pp. 2, 3).

>DEFENDANTS
>John Armstrong, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>
>BY_____/s/_____
>Madeline A. Melchionne
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT 06105
>Federal Bar #ct02029
>E-Mail: madeline.melchionne@po.state.ct.us
>Tel: (860) 808-5450
>Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of August 2004:

Jancis Fuller #239781
York Correctional Institution
201 West Main Street
Niantic, CT 06357

>_____/s/_____
>Madeline A. Melchionne
>Assistant Attorney General