UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANCIS FULLER | : | CIVIL NO. 3:00CV812 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 2, 2004 |

**NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT**

Local Rule 56a(1) requires that counsel filing a Motion for Summary Judgment notify the pro se appearing party of the requirements for filing papers opposing the Motion for Summary Judgment.

A copy of Local Rule 56a(1) which sets forth the requirements the pro se litigant must meet in filing her motion in opposition to defendants' Motion for Summary Judgment, along with Federal Rule of Civil Procedure 56, are attached and have been modified to reflect the fact that this matter is being tried to the Court rather than to a jury.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY_____/s/_____
Madeline A. Melchionne
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct02029
E-Mail:  madeline.melchionne@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of August 2004:

Jancis Fuller #239781
York Correctional Institution
201 West Main Street
Niantic, CT 06357

_____/s/_____
Madeline A. Melchionne
Assistant Attorney General