UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANCIS FULLER | ) ) ) ) ) ) ) ) ) ) | Case No. 3:00CV812 |
| v. | | Judge (RNC)(DFM) |
| JOHN ARMSTRONG, ET AL. | | Notice of Manual Filing |

      Please take notice that the defendants have manually filed the following document or thing

     Exhibit 1; Exhibits 12-18

This document has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure
         5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                          Respectfully submitted,

                                          /s/
                                  Madeline A. Melchionne
                                  Assistant Attorney General
                                  110 Sherman Street
                                  Hartford, CT 06105
                                  Phone: (860) 808-5450
                                  Fax: (860) 808-5591
                                  E-mail: madeline.melchionne@po.state.ct.us
                                  Fed. Bar #ct02029