UNITED STATES DISTRICT CORUT
DISTRICT OF CONNECTICUT

JANCIS FULLER
PLAINTIFF

VS.

JOHN ARMSTRONG, ET AL.
DEFENDANTS

CIVIL ACTION NUMBER: 3:00CV812(RNC)(DFM)

FILED
2004 AUG 12 P 2:05
U.S. DISTRICT COURT
HARTFORD, CT.

AUGUST 9, 2004

MOTION FOR EXTENSION OF TIME

The plaintiff in the above-entitled matter hereby requests a 30-day extension of time in which to file her object and brief in support of objection to the defendants' second motion for summary judgment, filed on 8-2-04, in the above-captioned matter.

In support thereof, the plaintiff submits:

The plaintiff is has habeas corpus cases, seeking relief from illegal confinement under docket number CR10-226195, which was prosecuted in New London Superior Court from 6-30-95 to 6-4-97, pending in Rockville Superior Court, under docket number CV04-0004564, and in the U.S. District Court in Bridgeport, Connecticut, which require extensive research and preparation of work product for the courts to review in the near future. The limited hours of access to the prison library/library that the plaintiff receives each week must not be squandered on this case at the expense of those habeas corpus cases this month for the preparation of a brief for a case which does not involve the possibility of an order from the Court for release from the illegal 30-year prison sentence the plaintiff is serving under docket number CR10-226195.

The deadline for the filing of the plaintiff's opposition brief and exhibits is now 8-22-04 (within 20 days of the filing date of the defendants' motion for summary judgment). A 30-day extension of the brief-filing deadline, to 9-21-04, will permit the plaintiff to complete the opposition brief this case without causing the plaintiff to ineffectively prosecute said habeas corpus cases.

WHEREFORE, the plaintiff respectfully requests that this motion be granted by the Court.

THE PLAINTIFF

*Jancis L. Fuller*

Jancis L. Fuller, pro se
201 West Main Street
0-North, F-8
Niantic, CT  06357

*[Handwritten annotations in margins: "Further extensions will not be granted. So ordered. 30 days. Granted. August 17, 2004." "00CV812END87" "87" "00cv812mext" "ORIGINAL"]*