UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANCIS FULLER              CIVIL ACTION NUMBER:
PLAINTIFF                  3:00CV812 (RNC)(DFM)
      VS.
JOHN ARMSTRONG, ET AL.
DEFENDANTS                 SEPTEMBER 20, 2004

MOTION FOR PLAINTIFF'S COPY OF
AFFIDAVIT BY DR. JONATHAN MEIERS, DATED 7-29-04

Pursuant to Rule 56, the plaintiff Jancis Fuller hereby moves the Court to order defendants to provide plaintiff with a copy of the affidavit by Dr. Jonathan Meiers, dated 7-29-04, within 10 days of the filing date of this motion.

In support thereof, the plaintiff submits:

1. On 8-2-04, the defendants filed their second motion for summary judgment on which they listed the 18 exhibits they filed in the trial court to support the motion.

2. The certification the defendants attached to the motion states that copies of the 18 exhibits were mailed to the plaintiff by the defendants' attorney, Madeline

1

Melchionne.

3. The plaintiff received a copy of the summary judgment motion, dated 8-2-04, and copies of the defendants exhibits 1-8 and 10-18, but did not receive a copy of defendants' exhibit 9, The affidavit by Dr. Jonathan Meirs, dated 7-29-04.

WHEREFORE, the plaintiff respectfully requests that The Court grant this motion.

THE PLAINTIFF

*Jancis L. Fuller*

Jancis L. Fuller, pro se
201 West Main Street
O-North, F-8
Niantic, CT 06357

ORDER

The foregoing motion, having been heard, it is hereby ordered: GRANTED/DENIED.

BY THE COURT

_____
Judge/Magistrate Judge

2

## CERTIFICATION

This is to certify that a copy of the foregoing motion and order were mailed/delivered this 21st day of September, 2004, to opposing counsel, as follows:

Madeline Melchionne
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

THE PLAINTIFF

*Francis L. Fuller*

Francis L. Fuller, pro se
201 West Main Street
O-North, F-8
Niantic, CT 06357