UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANCIS FULLER, | : |
| | : |
| v. | : CASE NO. 3:00CV812 (RNC) |
| | : |
| JOHN ARMSTRONG, ET AL., | : |
| | : |

## JUDGMENT

This action having come on for consideration of defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 3rd day of December 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____