UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANCIS FULLER           CASE NUMBER: 3:00CV812(RNC)
PLAINTIFF

   VS.

JOHN ARMSTRONG, ET AL.
DEFENDANTS              DECEMBER 20, 2004

FILED 2004 DEC 22 PM 2:12
U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE OF APPEAL

   Notice is hereby given that plaintiff Jancis L. Fuller hereby appeals to the United States Court of Appeals for the Second Circuit from the trial court's order which granted the defendants' second motion for summary judgment, entered in this action on the 2nd day of December, 2004, and from the trial court's order for judgment to be granted in favor of the defendants, entered in this action on the 3rd day of December, 2004.

   The plaintiff was granted permission to proceed in forma pauperis in this action by U.S. Magistrate Judge Donna Martinez on 6-27-02. The plaintiff is proceeding in forma pauperis on this appeal pursuant to Federal

1

Rule of Appellate Procedure 24(a)(3). (copy of plaintiff's Motion for Leave to Proceed In Forma Pauperis, filed 5-16-02, and order dated 6-27-02 attached.

                              THE PLAINTIFF

                              *Jancis L. Fuller*

                              Jancis L. Fuller, pro se
                              201 West Main Street
                              O-North, F-8
                              Niantic, CT 06357

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2002 MAY 16 P 2: 11

US DISTRICT COURT
HARTFORD CT

# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

Jancis Fuller
   Plaintiff(s),

v.                                      Case No. 3:00CV812(RNC)(DFM)

John Armstrong, et al.
   Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

*Jancis L. Fuller*
Original Signature

Jancis L. Fuller
Name (print or type)
201 West Main Street, O-South, C-11
Street Address
Niantic, CT   06357
City         State       Zip Code
(860)691-6931  (office phone in
Telephone Number   housing unit)

GRANTED. So ordered. 6/27/02.
/s/ Donna Martinez, USMJ

FILED 2002 JUN 27 P 3:35
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANCIS FULLER, | : |
| v. | : CASE NO. 3:00CV812 (RNC) |
| JOHN ARMSTRONG, ET AL., | : |

## JUDGMENT

This action having come on for consideration of defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 3rd day of December 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____